PROB 12C
(6/16)

Report Date: October 12, 2016

# United States District Court

for the

Eastern District of Washington




OCT 12 2016

SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Oak    Case Number: 0980 2:06CR06027-001

Address of Offender: Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

Original Offense: Ct. 2: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);
Ct. 3: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison 120 months; TSR - 96 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: James P. Hagarty    Date Supervision Commenced: May 4, 2016

Defense Attorney: Rick Lee Hoffman    Date Supervision Expires: May 3, 2024

---

## PETITIONING THE COURT

**To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Oak is considered in violation of his conditions of supervised release by failing to report, in person, as directed to the United States Probation Office on September 26, 2016; September 30, 2016; and October 11, 2016.

Mr. Oak contacted his supervising United States Probation Officer on September 21, 2016, advising he was supposed to provide a random urinalysis (UA) sample at First Step Community Counseling Services. Due to his work, he would be unable to attend and asked if he could schedule a make up UA. He was directed to report, in person, to the U.S. Probation Office on Friday, September 23, 2016 for a UA test.

Mr. Oak called on September 23, 2016, advising he was left without a ride at work and asked to reschedule his UA yet again. Attempts to call him back were unsuccessful; however, a

voice mail was left directing him to report the following Monday, September 26, 2016.

A voice mail was received on September 26, 2016, from Mr. Oak, advising that his aunt was in the hospital as she had a stroke. Mr. Oak advised he would try and report in as directed.

Mr. Oak was contacted by phone on September 28, 2016. He was provided an opportunity to report on September 30, 2016, as he had yet to report for the month of September. Mr. Oak acknowledged the instruction and advised he would report as directed.

Mr. Oak was contacted at his home on October 6, 2016, as he had failed to report to the U.S. Probation Office as directed on September 30, 2016. He was directed to report on October 7, 2016, to provide a UA test.

On October 7, 2016, Mr. Oak was contacted and he asked to reschedule his appointment to the following Tuesday, October 11, 2016. He was directed to report, in person, to the U.S. Probation Office on October 11, 2016, before 3 pm. Mr. Oak has failed to report as directed, per the instructions of the probation officer.

6 **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Oak is considered in violation of his conditions of supervised release by failing to submit to urinalysis (UA) testing as directed.

Mr. Oak missed a UA test at First Step Community Counseling Services on September 21, 2016. He contacted his supervising probation officer and asked to reschedule his UA test. Mr. Oak has subsequently failed to report for a make up UA test at the probation office on September 23, 2016; September 26, 2016; September 30, 2016; and October 11, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/12/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/12/16

Date