PROB 12C
(6/16)

Report Date: January 6, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN - 6 2017
SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Oak Case Number: 0980 2:06CR06027-LRS-1

Address of Offender: [redacted] Washington 99301

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

Original Offense: Ct. 2: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);
Ct. 3: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);

Original Sentence: Prison - 120 months; TSR - 96 months Type of Supervision: Supervised Release

Revocation Sentence: 11/3/2016 Prison - 60 days; TSR 94 months

Asst. U.S. Attorney: Ian Garriques Date Supervision Commenced: December 11, 2016

Defense Attorney: Rick Lee Hoffman Date Supervision Expires: October 10, 2024

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Christopher Oak is considered in violation of his conditions of supervised release by failing to submit to urinalysis (UA) testing as directed. |
| | Mr. Oak failed to attend two random UA tests at First Step Community Counseling Services on December 22, 2016; and December 30, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/06/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/6/17
Date