PROB 12C
(6/16)

Report Date: January 30, 2017

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2017

SEAN F. MCAVOY, CLERK

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Oak    Case Number: 0980 2:06CR06027-LRS-1

Address of Offender: [redacted], Washington 99301

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

Original Offense: Ct. 2: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);
Ct. 3: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);

Original Sentence: Prison - 120 months; TSR - 96 months    Type of Supervision: Supervised Release

Revocation Sentence: 11/3/2016    Prison - 60 days; TSR - 94 months

Asst. U.S. Attorney: Ian Garriques    Date Supervision Commenced: 12/11/2016

Defense Attorney: Rick Lee Hoffman    Date Supervision Expires: 10/10/2024

---

**PETITIONING THE COURT**

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on January 6, 2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** Christopher Oak is considered to be in violation of his conditions of supervised release by failing to report, in person, and as instructed, on January 9, 2017.

Mr. Oak initially reported to the U.S. Probation Office in Richland on December 13, 2016, following his release from custody. During this contact, Mr. Oak was directed to report, in person, to the probation office in Richland on January 9, 2017. Mr. Oak failed to report as instructed on January 9, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/30/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

01/30/2017
Date