PROB 12C
(6/16)

Report Date: June 13, 2017

# United States District Court

## for the

## Eastern District of Washington


FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 14 2017
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Oak     Case Number: 0980 2:06CR06027-001

Address of Offender:          Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

Original Offense:     Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1);
                      Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 120 months; TSR - 96 months     Type of Supervision: Supervised Release

Revocation
Sentence: 11/3/2016   Prison - 60 days; TSR - 94 months

Revocation
Sentence: 3/2/2017    Prison - 4 months; TSR 90 months

Asst. U.S. Attorney:  Ian Garriques           Date Supervision Commenced: May 28, 2017

Defense Attorney:     Rick Lee Hoffman        Date Supervision Expires: November 27, 2024

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                     **Supporting Evidence**: Mr. Oak's conditions of supervised release were reviewed with him on May 31, 2017. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 4, as noted above.

                     Mr. Oak violated his terms of supervised release in Richland, Washington, on or about May 31, 2017, by using methamphetamine, a controlled substance. Mr. Oak submitted a urinalysis sample for testing on May 31, 2017, which initially tested positive for the presence of

    methamphetamine. The sample was sent to Alere Laboratories for confirmation. On June 4, 2017, results were received from Alere Laboratories confirming the sample Mr. Oak provided was positive for methamphetamine.

2      **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

    **Supporting Evidence**: Mr. Oak's conditions of supervised release were reviewed with him on May 31, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

    Mr. Oak violated his terms of supervised release in Richland, Washington, on or about June 5, 2017, by failing to report, in person, to the United States Probation Office in Richland as directed by the undersigned officer on May 31, 2017.

3      **Special Condition # 19**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

    **Supporting Evidence**: Mr. Oak's conditions of supervised release were reviewed with him on May 31, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

    Mr. Oak violated his terms of supervised release in Richland, Washington, on or about June 9, 2017, as he has failed to set up an assessment for mental health treatment as directed by the undersigned officer on May 31, 2017. Contact with Riverview Counseling and Consulting on June 9, 2017, confirmed that Mr. Oak has failed to contact them to set up an assessment.

4      **Special Condition # 21**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Oak's conditions of supervised release were reviewed with him on May 31, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 21, as noted above.

    Mr. Oak violated his terms of supervised release in Richland, Washington, on or about June 13, 2017, as he failed to set up an assessment for substance abuse treatment as directed by the undersigned officer on May 31, 2017. Contact with First Step Community Counseling Services on June 13, 2017, confirmed that Mr. Oak has failed to contact them to set up an assessment.

| | | |
|---|---|---|
| | 5 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer. |

**Supporting Evidence**: Mr. Oak's conditions of supervised release were reviewed with him on May 31, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 4, as noted above.

Mr. Oak violated his terms of supervised release in Richland, Washington, on or about May 31, 2017, as he signed an admission/denial report, denying the use of methamphetamine after providing a urine sample that tested presumptively positive for methamphetamine. Results received from Alere Laboratories on June 4, 2017, confirmed the urine sample Mr. Oak submitted on May 31, 2017, was indeed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/13/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/14/17
Date