PROB 12C
(6/16)

Report Date: November 15, 2018

## United States District Court

for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 19 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Christopher Michael Oak | Case Number: 0980 2:06CR06027-LRS-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1); Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1); |
| Original Sentence: | Prison 120 months; TSR - 96 months     Type of Supervision: Supervised Release |
| Revocation Sentence: 11/3/2016 | Prison - 60 days; TSR 94 months |
| Revocation Sentence: 3/2/2017 | Prison - 4 months; TSR 90 months |
| Revocation Sentence: 7/31/2017 | Prison - 12 months and 1 day; TSR 78 months |
| Asst. U.S. Attorney: | Ian Garriques     Date Supervision Commenced: May 7, 2018 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: May 7, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Oak is considered to be in violation of his conditions of supervised release by failing to report to the United States Probation Office within 72 hours of his release from custody on November 8, 2018.<br><br>Mr. Oak released from the custody of the Bureau of Prisons on May 7, 2018. He was |

Prob12C
Re: Oak, Christopher Michael
November 15, 2018
Page 2

immediately transferred into state custody for pending charges of burglary 2nd degree. He was sentenced on July 24, 2018, to 12 months and 1 day confinement. It was confirmed by the Washington State Department of Corrections that Mr. Oak released from state custody on November 8, 2018, and listed his release address as homeless in Pasco, Washington. Mr. Oak has made no attempts to contact the United States Probation Office since his confirmed release from state custody.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/15/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/19/18
Date